THE CITY OF CHICAGO, Plaintiff-Appellee, *v.* MAX L. BENDER *et al.,* Defendants—(MAX L. BENDER, Defendant-Appellant.)

(No. 56917; )

First District (3rd Division)—February 8, 1973.

PER CURIAM.

Leonard Karlin, of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Robert R. Retke, Assistant Corporation Counsel, of counsel,) for appellee.

HOME AND AUTOMOBILE INSURANCE COMPANY, Plaintiff-Appellant, *v.* RICHARD O. SCHARLI, Individually and as Admr. of the Estate of LEE K. SCHARLI *et al.,* Defendants-Appellees.

(No. 55759; )

First District (1st Division)—February 13, 1973.